UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RABIJA KOVAC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:20-CV-1429-SNLJ |
| | ) |
| KILOLO KIJAKAZI,[1] | ) |
| Acting Commissioner of the Social | ) |
| Security Administration, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

Plaintiff Rabija Kovac applied for disability and disability insurance benefits under the Social Security Act. An administrative law judge ("ALJ") denied her claim, and plaintiff seeks review by this Court. Counsel for the government, however, has determined that remand is necessary for further evaluation of plaintiff's claim to reevaluate plaintiff's impairments, take further action to complete the administrative record, and issue a new decision. There being no objection from plaintiff, this Court will grant the government's motion.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion for remand is GRANTED [#17].

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi is substituted for Andrew Saul as the defendant in this suit.

1

**IT IS FURTHER ORDERED** that this matter is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for the reasons set forth in this Memorandum and Order.

Dated this 24th day of September, 2020.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE